# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Jessie Lamont Scriven            Docket No. 5:04-CR-47-1-H

### Petition for Action on Supervised Release

COMES NOW Debbie W. Starling, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jessie Lamont Scriven, who, upon an earlier plea of guilty to Possession With Intent to Distribute More than 5 Grams of Cocaine Base, in violation of 21 U.S.C. § 841(a)(1); and Possession of Firearm by a Convicted Felon, in violation of 18 U.S.C. §§ 922(g)(1) & 924, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on April 6, 2005, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

3. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

On October 17, 2008, the defendant's imprisonment sentence was reduced to 97 months pursuant to 18 U.S.C. § 3582(c)(2).

Jessie Lamont Scriven was released from custody on January 6, 2011, at which time the term of supervised release commenced. On September 14, 2011, supervision was transferred to the Middle District of North Carolina, where he continues to reside at this time.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On April 11, 2014, the supervising officer in the Middle District of North Carolina, notified the Eastern District of North Carolina of the following violations: The defendant tested positive for marijuana on three occasions between April 23, 2013, and April 8, 2014. On April 23, 2013, a Domestic Violence Protective Order was filed against the defendant by his wife, Jakeeshia Scriven. The charges were dismissed on May 7, 2013, due to his wife failing to show for

Jessie Lamont Scriven
Docket No. 5:04-CR-47-1-H
Petition For Action
Page 2

court. On November 27, 2013, the defendant was charged in Cumberland County, North Carolina, with Driving While License Revoked; Failure to Surrender Title/Registration Card/Tag; Operate a Vehicle No Insurance and Canceled, Revoked, Suspended Certificate/Tag (13CR725383 and 13CR725384). These matters remain pending at this time. Additionally, the defendant failed to notify the probation officer of these charges as required. The defendant has admitted smoking marijuana and attributes same to stress relating to family conflicts, past history, and gang association. Scriven has been referred for substance abuse counseling and is being supervised at a high intensity level. Based upon the foregoing violations, it is respectfully recommended that the defendant serve two weekends in jail. Additionally, in an effort to address future violations more efficiently, it is recommended that jurisdiction be transferred to the Middle District of North Carolina.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for two (2) weekends as arranged by the probation office, and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Debbie W. Starling<br>Debbie W. Starling<br>U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: (910) 483-8613<br>Executed On: April 17, 2014 |

Jessie Lamont Scriven
Docket No. 5:04-CR-47-1-H
Petition For Action
Page 3

## ORDER OF COURT

Considered and ordered this **21st** day of **April**, 2014, and ordered filed and made a part of the records in the above case.

*[signature]*

Malcolm J. Howard
Senior U.S. District Judge